

| AO 10 Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) LEISURE, PETER K. | 2. Court or Organization U.S.D.C. - SO. DIST. OF NY | 3. Date of Report 05/06/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) SENIOR US DIST JUDGE SO DIS NY | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address US COURTHOUSE 500 PEARL STREET, ROOM 1910 NEW YORK, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K. | 05/06/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K. | 05/06/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K. | 05/06/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  WYETH COM STOCK | A | Dividend | K | T | | | | | |
| 2.  JP MORGAN CHASE COM STOCK | A | Dividend | J | T | | | | | |
| 3.  CIGNA COM STOCK | A | Dividend | J | T | | | | | |
| 4.  IBM COM STOCK | A | Dividend | J | T | | | | | |
| 5.  3M COM STOCK | A | Dividend | J | T | | | | | |
| 6.  EXXON MOBIL COM STOCK | A | Dividend | K | T | | | | | |
| 7.  PEPSICO COM STOCK | A | Dividend | K | T | | | | | |
| 8.  EDISON INT'L COM STOCK | A | Dividend | J | T | | | | | |
| 9.  UNION PACIFIC COM STOCK | A | Dividend | K | T | | | | | |
| 10. CITIBANK CHECKING | A | Interest | K | T | | | | | |
| 11. 9.759% INT. IN DAVID WARD HEIRS O IL & GAS (WV) | F | Royalty | M | W | | | | | |
| 12. | A | Interest | | | | | | | |
| 13. 11.8962% INT. IN DAVID WARD HEIRS COAL (WV) | A | Interest | J | W | | | | | |
| 14. | C | Royalty | | | | | | | |
| 15. | | | | | | | | | |
| 16. KANAWHA & ELK RR Co. COM STOCK | | None | L | W | | | | | |
| 17. BAXTER INT'L.COM STOCK (IRA) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K. | 05/06/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FOREST LABS COM STOCK | | None | M | T | | | | | |
| 19. CVS CAREMARK CORP COM STOCK (IRA) | A | Dividend | J | T | | | | | |
| 20. QUICKSILVER PIPELINE ET AL (MI) (SEE PART VIII) | D | Royalty | K | W | | | | | |
| 21. FIRSTENERGY CORP COM STOCK | A | Dividend | J | T | | | | | |
| 22. CITIBANK SUPER YIELD MONEY MARKET | B | Interest | M | T | | | | | |
| 23. MORGAN STANLEY COM STOCK (Y) | | | | | | | | | |
| 24. XEROX CORP COM STOCK (IRA) | A | Dividend | J | T | | | | | |
| 25. CITIBANK CHECKING | | None | K | T | | | | | |
| 26. 12.5% INT IN WARD HEIR MINERAL RIGHTS (MI) | G | Royalty | N | W | | | | | |
| 27. | A | Interest | | | | | | | |
| 28. MICROSOFT CORP COM STOCK | A | Dividend | J | T | | | | | |
| 29. ORACLE CORP COM STOCK (IRA) | | None | J | T | | | | | |
| 30. ANADARKO PETE COM STOCK | A | Dividend | J | T | | | | | |
| 31. BP PLC ADS | A | Dividend | J | T | | | | | |
| 32. DIRECT TV GROUP INC. COM STOCK | | None | J | T | | | | | |
| 33. APPLE COMPUTER COM STOCK (IRA) | | None | K | T | | | | | |
| 34. RMA NY MONEY FUND | A | Int./Div. | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K. | 05/06/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ALLIANCE BERNSTEIN HLDG. LP | D | Distribution | K | T | | | | | |
| 36. UBS BANK USA DEP A/C (IRA) | B | Interest | J | T | | | | | |
| 37. BANK OF AMER CORP COM STOCK | B | Dividend | J | T | | | | | |
| 38. CALAMOS STRATEGIC TOTAL RETURN FUND | D | Dividend | K | T | | | | | |
| 39. KAYNE ANDERSON MLP INVESTMENT | C | Distribution | K | T | | | | | |
| 40. POWERSHARES QQQ TR SER 1 | A | Dividend | J | T | | | | | |
| 41. ENTERPRISE PRODUCTS PARTNER LP MLP | D | Distribution | L | T | | | | | |
| 42. MAGELLEAN MIDSTREAM PTRS LP | D | Distribution | L | T | | | | | |
| 43. BANK DEPOSIT PROGRAM MORGAN STANLEY BANK | A | Interest | K | T | | | | | |
| 44. NUSTAR ENERGY LP | C | Distribution | K | T | | | | | |
| 45. RMA TAX-FREE FUND | D | Interest | N | T | | | | | |
| 46. AIG FIRST SUNAMERICA NY FDN ANNUITY | | None | M | T | | | | | |
| 47. UNITED TECHNOLOGIES CORP COM STOCK | A | Dividend | | | Sold | 02/14 | L | | |
| 48. APPLE COMPUTER COM STOCK (IRA) | | None | | | Sold | 01/01 | N | D | |
| 49. CHINA MOBILE SPON ADR (IRA) | | None | | | Sold | 01/28 | L | | |
| 50. RESEARCH IN MOTION LTD COM STOCK (IRA) | | None | | | Sold | 01/28 | M | | |
| 51. CHINA MOBILE SPON ADR | A | Dividend | K | T | Buy | 04/24 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K. | 05/06/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. MICROSOFT CORP COM STOCK | A | Dividend | K | T | Buy | 04/07 | K | | |
| 53. NOVO NORDISK ADR DENMARK | | None | K | T | Buy | 06/25 | K | | |
| 54. APPLE INC, COM STOCK (IRA) | | None | | | Buy | 01/07 | N | | |
| 55. | | | | | Sold | 01/28 | M | | |
| 56. | | | | | Buy | 04/01 | M | | |
| 57. | | | | | Sold | 05/20 | M | E | |
| 58. | | | | | Buy | 04/21 | L | | |
| 59. | | | | | Sold | 05/19 | L | D | |
| 60. APPLE INC, COM STOCK (IRA) | | None | L | T | Buy | 05/30 | L | | |
| 61. | | | | | Buy | 06/05 | L | | |
| 62. RESEARCH IN MOTION LTD (IRA) | | None | L | T | Buy | 04/01 | M | | |
| 63. | | | | | Buy | 04/03 | K | | |
| 64. | | | | | Buy | 05/19 | L | | |
| 65. CHINA MOBILE SPON ADR (IRA) | | None | | | Buy | 04/02 | L | | |
| 66. | | | | | Sold | 04/21 | L | C | |
| 67. (X) LEASE OF MIN RTS ON PROPERTY IN FREESTONE CO, TEXAS | B | Rent | J | W | | | | | |
| 68. | | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEISURE, PETER K. | 05/06/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VII - Investments and Trusts

1) Assets sold in 2007 have been deleted from this year's report; all assets still on hand at 12/31/07 are listed in the same order as they appeared on last year's report.

2) Line 15 is blank because there was no "distribution" from the asset listed on line 13 as there was in 2007, but the line has been left in in case there is a distribution in the future.

3) Line 20 - Names of leasing companies paying royalties have changed but underlying ownership of mineral rights remains the same.

4) Line 67 - Inherited mineral rights on property located in Freestone Co., Texas were previously exempt from disclosure

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544